UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 23-CR-10163-AK |
| ) | |
| (1) ESAIAS GILL-GONZALEZ, ) | |
| a/k/a "Skillz" ) | |
| Defendant. ) | |

## FINAL ORDER OF FORFEITURE

**KELLEY, D.J.**

WHEREAS, on July 11, 2024, this Court issued a Preliminary Order of Forfeiture against the following property, in connection with the charges against the defendant Esaias Gill-Gonzalez, a/k/a "Skillz" (the "Defendant"), pursuant to 21 U.S.C. § 853, and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure:

(a) $52,539 U.S. Currency

(the "Currency");

WHEREAS, notice of the Preliminary Order of Forfeiture was sent to all interested parties and published on the government website www.forfeiture.gov for thirty (30) consecutive calendar days, beginning on October 22, 2024 and ending on November 20, 2024;

WHEREAS, no claims of interest in the Currency have been filed with the Court or served on the United States Attorney's Office, and the time within which to do so has expired;

ACCORDINGLY, it is hereby ORDERED, ADJUDGED, AND DECREED that:

1. The United States' Motion for a Final Order of Forfeiture is allowed.

2. The United States of America is now entitled to the forfeiture of all rights, title or interests in the Currency, which are hereby forfeited to the United States of America pursuant to 21 U.S.C. § 853, and Rule 32.2(c) of the Federal Rules of Criminal Procedure.

3. All other parties having any rights, title or interests in the Currency are hereby held in default.

4. The United States is hereby authorized to dispose of the Currency in accordance with applicable law.

5. This Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

/s/ Angel Kelley
**ANGEL KELLEY**
United States District Judge

Dated:  4/14/2025